206 So.2d 93

Succession of Stella Blanchard GLAZE also known as Stella B. Glaze.

No. 49036.

Feb. 2, 1968.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

YARRUT, J., recused.